IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAD LAWLER,<br><br>      Plaintiff,<br><br>    v.<br><br>LAIDLAW CARRIERS FLATBED GP, INC. ET AL.,<br><br>      Defendants. | CIVIL ACTION<br><br>NO. 10-1103 |

## ORDER

     **AND NOW**, this _____ day of June, 2012, upon consideration of Defendants' Motion for New Trial and Motion for Remittitur (Docs. 60, 67), Plaintiff's Response thereto (Docs. 61, 68), and all accompanying briefs and relevant correspondence, Defendants' Motion is **DENIED.**[1]

                       BY THE COURT:

                       /s/ Petrese B. Tucker

                     **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies a Memorandum Opinion issued by the Court on June ___, 2012.